11/18/2021 12:34 Conroy_Michael (FAX)4064490433 P.003/003

FILED
11/18/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0332

**ORIGINAL**

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Respondent/Appellee
MICHAEL SCOTT CONROY

FILED

NOV 1 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE

STATE OF MONTANA

IN THE MARRIAGE OF:

JENNIFER S. CONROY,

      Petitioner/Appellants,

v.

MICHAEL SCOTT CONROY,

      Respondent/Appellee.

Cause No. DA 21-0332

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

Upon Motion of the Respondent/Appellee, MICHAEL SCOTT CONROY, by and through his counsel of record, Robyn L. Weber, IT IS HEREBY ORDERED that the Respondent/Appellee IS GRANTED an additional 30 days to prepare and file the Response Brief, up to and including **December 22, 2021.**

SO ORDERED this ___18th___ day of November, 2021.

_____
Clerk, Supreme Court

c:   Robyn Weber, Esq.
     Brian Miller, Esq.